Minnie Ryan, appellant, v. City of Chicago et al., appellees. Gen. No. 39,082.

Opinion filed May 10, 1937.

Samual A. & Leonard B. Ettelson, for appellant; Samuel A. Ettelson, Edward C. Higgins, Carl J. Appell and Herbert A. Salzman, of counsel. Barnet Hodes, Corporation Counsel and Quin O'Brien, Carl Hjalmar Lundquist and Adam E. Patterson, Assistant Corporation Counsel, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Walter Bornman et al., appellants, v. Marian Rabb, administratrix of the estate of Ernest S. Rabb, deceased, appellee. Gen. No. 39,183.

Opinion filed May 10, 1937.

Thomas G. Harrington, for appellants. McKenna, Harris & Schneider, for appellee; James J. McKenna and Abraham W. Brussell, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Walter Engel, appellees, v. City of Chicago, appellant. Gen. No. 39,323.

Opinion filed May 10, 1937.

Barnet Hodes, Corporation Counsel, for appellant; Quin O'Brien, Otho S. Fasig, Michael C. Zacharias and Alexander J. Resa, Assistant Corporation Counsel, of counsel. Finn & Miller, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.